1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  ALLISON REESE
   Assistant United States Attorney
4  Nevada State Bar #13977
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Allison.Reese@usdoj.gov
   *Representing the United States of America*

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA
                              -oOo-
9

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 773-3837<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00253-EJY<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 980-2113<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00254-EJY<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

1

1  **CERTIFICATION:  This Motion is timely filed.**

2  COMES NOW the United States of America, by and through its attorneys, NICHOLAS

3  A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney,

4  and respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the

5  undersigned requests to unseal the Search Warrants filed under the instant cases and all related

6  documents in anticipation of producing the same as discovery in Case No. 2:20-mj-00135-BNW.

7

8  DATED this 15th day of May, 2020.

9  Respectfully submitted,
   NICHOLAS A. TRUTANICH
   United States Attorney

10

11  ALLISON REESE
    Digitally signed by ALLISON REESE
    Date: 2020.05.15 12:31:03 -07'00'

12  ALLISON REESE
    Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 773-3837<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00253-EJY<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 980-2113<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00254-EJY<br><br>**ORDER TO UNSEAL** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 18th day of May, 2020.

_____
HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3